Notice of Appeal To A Court of Appeals;

U.S. District Court
Middle District Florida
No. 22-CV-14102 - Middlebrook

FILED BY AP D.C.
Nov 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

McCarthy moves to appeal the Courts 10-31 2022 Ruling Striking McCarthys Action to Intervene.

By- John J McCarthy
John J. McCarthy
Neuron Restructure
1876 Brooks Barden Rd
Sarasota FL 34240

Certificates not required because the defendants no Appearance

By John J McCarthy
John J McCarthy

John McCarthy
Neuro Restorative
1876 Barber Road
Sarasota FL
34240

Appeals

Clerk
U.S.D.C
400 N. Miami
Miami, FL
33128

FILED BY
NOV 08 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

U.S.M.S.
INSPECTED
BY: