# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2022

John J. McCarthy
Neuro-Restorative Assisted Living
1876 BARBER RD
SARASOTA, FL 34240

Appeal Number: 22-13791-J
Case Style: In re: John McCarthy
District Court Docket No: 2:22-cv-14102-DMM

You are receiving this notice because you have failed to comply with 11th Cir. R. 26.1-1 <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP): Filing Requirements</u> by:

- not filing a standalone CIP within the time required. <u>See</u> 11th Cir. R. 26.1-1(a).

Pursuant to 11th Cir. Rules 26.1-5(c) and 42-1(b), upon expiration of 14 days from the date of this notice, your appeal will be dismissed for want of prosecution if the default has not been remedied.

If you are an appellee or respondent, no action will be taken on documents submitted until the CIP deficiency is remedied. See 11th Cir. R. 26.1-5.

Eleventh Circuit Rule 42-1(b) also states, "If an appellant is represented by appointed counsel, the clerk may refer the matter to the Chief Judge for consideration of possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J / cb
Phone #: (404) 335-6135

Enclosure(s)

CIP Deficiency Letter